IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**

MAY 10 2006

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CRIMINAL NO. 04-40043 JLF |
| JEFFREY WEST, | ) |
| Defendant. | ) |

ORDER GRANTING APPLICATION FOR
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The above-entitled cause having come before the Court upon the application of the United States Attorney for an order directing the issuance of a Writ of Habeas Corpus ad Prosequendum for the production of JEFFREY WEST, S00522, in the United States District Court at Benton, Illinois, on the 30th day of May, 2006, at the hour of 11:30 a.m. The U.S. Marshal for the Southern District of Illinois shall take custody of said defendant, and then and there present said defendant before the Court and from day to day thereafter as may be necessary; and at the termination of the proceedings against said defendant to return him/her to the custody of said Warden or Jailer.

IT IS SO ORDERED.

DATED this 10th day of May, 2006

DONALD G. WILKERSON
United States Magistrate Judge